# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NOELLE LLAMAS and KEN
KLIPPENSTEIN,

        Plaintiffs,

v.                                                    Case No:   6:21-cv-1168-RBD-LHP

U.S. ARMY, FEDERAL BUREAU OF
INVESTIGATION, OFFICE OF
INTELLIGENCE AND ANALYSIS,
NATIONAL GUARD, OFFICE OF
THE DIRECTOR OF NATIONAL
INTELLIGENCE and U.S. SECRET
SERVICE,

        Defendants

_____

## ORDER

    This cause came on for consideration without oral argument on the following

motion filed herein:

| | |
|---|---|
| **MOTION:** | **CONSENT MOTION TO STAY BRIEFING SCHEDULE (Doc. No. 32)** |
| **FILED:** | **October 21, 2022** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs have filed a Complaint against Defendants under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking the production of various records from Defendants.   Doc. No. 1.   On November 23, 2021, the Court entered a scheduling order which established, among other things, the following deadlines.

- Deadline for moving to join a party or amend pleadings: April 30, 2022

- Deadline for filing summary judgment motions: October 28, 2022

- Deadline for responses to summary judgment motions: November 28, 2022

- Deadline for reply briefs to summary judgment motions: December 12, 2022

Doc. No. 28, at 2.

Through the above-styled motion, Defendants seek a stay of the briefing schedule on the basis that Defendants have not completed the processing of Plaintiffs' FOIA requests, nor have Defendants issued their final responses.   Doc. No. 32, at ¶ 3.   Thus, Defendants contend that any summary judgment motions would be premature until all processing and final responses have issued.   *Id*. Defendants ask the Court for a stay and propose that the parties file a joint status report on March 31, 2023 updating the Court on Defendants' processing of Plaintiffs' FOIA requests, and, if appropriate, proposing a schedule for summary judgment briefing.   *Id*., at ¶ 4.   Plaintiffs consent to the motion.   *Id*., at 3.

Upon review, the Consent Motion to Stay Briefing Schedule (Doc. No. 32) is **GRANTED**. The summary judgment briefing schedule set forth in the Court's November 23, 2021 Order (Doc. No. 28) is hereby **STAYED**. The parties shall file a joint status report on or before **March 31, 2023** updating the Court on Defendants' processing of Plaintiffs' FOIA requests and, if appropriate, proposing a schedule for briefing motions for summary judgment. *See, e.g., Llamas et al. v. U.S. Dep't of Justice*, No. 6:20-cv-2221-Orl-CEM-LRH, Doc. No. 12 (M.D. Fla. Feb. 26, 2021) (order staying briefing schedule in FOIA case); *Llamas et al. v. U.S. Immigr. & Customs Enf't*, No. 6:20-cv-2264-ACC-DCI, Doc. No. 21 (M.D. Fla. Oct. 20, 2021) (order staying FOIA case after agreement by parties on production schedule and method and requiring parties to file a status report). Upon the filing of the status report, the Court will take the matter under advisement for such further proceedings as are necessary and appropriate.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2022.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 3 -

Counsel of Record
Unrepresented Parties